UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                              )
DISTRICT OF COLUMBIA,                         )
                                                              )
                   Plaintiff,                            )
                                                              )
         v.                                                )         Civil Action No. 09-0249 (PLF)
                                                              )
CHIKE IJEABUONWU, et al.,                    )
                                                              )
                   Defendants.                        )
_____)


ORDER AND JUDGMENT

         For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

         ORDERED that plaintiff's motion for summary judgment [5] is GRANTED and

judgment is entered for the plaintiff on all claims; it is

         FURTHER ORDERED that attorneys' fees in the amount of $1027.50 are

awarded to plaintiff.  The defendants are directed to make payment to the District of Columbia

by check delivered to plaintiff's counsel on or before August 10, 2009; and it is

         FURTHER ORDERED that the Clerk of this Court shall remove this case from

the docket of this Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

         SO ORDERED.


                                                    _/s/_____
                                                    PAUL L. FRIEDMAN
                                                    United States District Judge

DATE: July 8, 2009